# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carol J. Bertrand, Jamie Lynn Bruns, Julie Burchill, Tony Burchill, Donna Hamman, Kenneth Hamman, Teresa A. Hamman, Scott Hamman, Linda Heidebrink, Dennis Heidebrink, Michelle Metz, Jessica Weitgenant, Tonya Aanenson, Mike Harberts, Rick Kruger, Scott Barber, Glenda Lais, Roger Lais, Kayla Cox, Marlys Nelson, Jeannette Jorgenson, Roger Nelson, and Terry Bourassa, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>Janet Kay Patten, in her individual and official capacity as a Rock County employee, Diane Holmberg and Randy Ehlers, in their individual capacities as employees of Rock County, and Rock County,<br><br>                Defendants. | Case No.: 12-cv-02971 (DWF/JJG)<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The above-entitled action having been fully resolved and settled,

      IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective undersigned attorneys, that the same may be and is hereby dismissed with prejudice based upon the terms set forth in the Final Order dated April 8, 2014 and the terms of the written settlement agreement.

                                      **GASKINS BENNETT BIRRELL SCHUPP LLP**

Dated: April 14, 2014                s/Robert Bennett
                                           Robert Bennett (6713)
                                           Jeffrey S. Storms (0387240)
                                           333 South Seventh Street, #3000
                                           Minneapolis, MN 55402
                                           Telephone: 612-333-9500
                                           Fax: 612-333-9579

                                           -and-

                                           **FARRISH JOHNSON LAW OFFICE**
                                           Scott V. Kelly (132937)
                                           William S. Partridge (84256)
                                           Daniel J. Bellig (0389075)
                                           1907 Excel Drive
                                           Mankato, MN 56001
                                           Telephone: 507-625-2525
                                           Fax: 507-625-4394

                                           -and-

                                           **MALTERS, SHEPHERD & VON HOLTUM**
                                           James E. Malters (67040)
                                           727 Oxford Street
                                           P O Box 517
                                           Worthington, MN 56187
                                           Telephone: 507-376-4166
                                           Fax: 507-376-6359

                                           ATTORNEYS FOR PLAINTIFFS

                                           **RATWIK, ROSZAK & MALONEY, P.A.**

Dated: April 14, 2014                s/Ann R. Goering
                                           Ann R. Goering (0210699)
                                           Joseph J. Langel (0249403)
                                           Erin E. Benson (0386773)
                                           300 U.S. Trust Building
                                           730 Second Avenue South
                                           Minneapolis, MN 55402
                                           Telephone: 612-339-0060

ATTORNEYS FOR ROCK COUNTY, HOLMBERG AND EHLERS

**IVERSON REUVERS CONDON**

Dated: April 14, 2014

s/Jon K. Iverson
Jon K. Iverson (146389)
Susan Tindal (0330875)
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: 952-548-7208

ATTORNEYS FOR JANET PATTEN

3